IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KAREN E. PATTERSON, | ) |
| | ) |
| Plaintiff, | ) Case No.   4:10-cv-1199AGF |
| | ) |
| v. | ) |
| | ) |
| WAL-MART ASSOCIATES, INC. | ) |
| | ) |
| Defendant. | ) |
| | ) |

## STIPULATION FOR DISMISSAL

COME NOW the parties, by and through counsel of record, and hereby inform the Court that all matters in controversy have been adjusted and settled and move this Cause to be dismissed with prejudice, each party to bear her or its own cost.

Respectfully submitted,

ROBERT L. DeVOTO, L.C.

/s/ Robert L. DeVoto
ROBERT L. DeVOTO, #126419
9322 Manchester Road
St. Louis, MO 63119-1450
314/961-0097, ext. 14
Fax: 314/961-6107
*Attorney for Plaintiff*


/s/ Jennifer L. Aspinall
Jennifer L. Aspinall, #56379
7733 Forsyth Blvd., Ste. 1410
St. Louis, MO 63105
*Attorneys for Defendant Wal-Mart*

1

**CERTIFICATE OF SERVICE**

   The undersigned hereby certifies that the foregoing was served electronically via operations of the Court's CM/ECF system, this 7th day of April, 2011, to:

James F. Bennett, #46826
Jennifer S. Kingston, #49307
Jennifer L. Aspinall, #56379
7733 Forsyth Blvd., Ste. 1410
St. Louis, MO 63105
*Attorneys for Defendant Wal-Mart*

             /s/ Robert L. DeVoto
             Attorney for Plaintiff